# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALTON D. BROWN, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 17-321 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | Magistrate Judge Cynthia Reed Eddy |
| CORRECT CARE SOLUTIONS, LLC, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Magistrate Judge Eddy's Order dated August 31, 2017 (*see* Doc. 16) was neither clearly erroneous nor contrary to law. *See generally* Fed. R. Civ. P. 72(a) (reciting standards of review governing magistrate judges' non-dispositive rulings). Accordingly, Plaintiff's objections (*see* **Doc. 18**) are **OVERRULED**, and Judge Eddy's ruling is **AFFIRMED**.

IT IS SO ORDERED.


September 19, 2017                  s\Cathy Bissoon
                                                                          Cathy Bissoon
                                                                          United States District Judge

cc (via First-Class, U.S. Mail):

Alton D. Brown
DL-4686
SCI Fayette
Box 9999
LaBelle, PA 15450-0999